IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| BRENDA FAYE MILLER, | ) | B-05-54243 |
| Debtor. | ) | |
| _____ | ) | |
| BRENDA M. MILLER, | ) | |
| Appellant, | ) | |
| v. | ) | 1:06CV00721 |
| KATHRYN L. BRINGLE, | ) | |
| Appellee. | ) | |

O R D E R

Following the Bankruptcy Court order of June 5, 2006, dismissing the Chapter 13 proceeding of the Debtor Brenda Fay Miller and the subsequent order denying the motion to reconsider the June 5, 2006, order, Debtor gave notice of appeal to this court on August 4, 2006. Since the filing of that notice of appeal, the Debtor has failed to timely pursue the appeal. No sufficient cause has been shown by the Debtor.

IT IS THEREFORE ORDERED that the appeal by Debtor should be and is hereby dismissed for failure of the Debtor to timely prosecute her appeal.

This the 2nd day of March 2007.

/s/ William L. Osteen
United States District Judge